Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Guillermo Colin | ) Chapter 13 )<br>) Case No.: 8:10-bk-14025-ES )<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)** )<br>) )<br>) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301072** in the sum of **$795.65** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    DIONNE M MARUCCHI
    9829 CARMENITA RD., STE H
    WHITTIER, CA 91410

Date: September 10, 2011            __/S/_____
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1014025 | Guillermo Colin<br>ACCT: | XXX-XX-1469<br>Claim: 00000 | 795.65 | 0.00 | 795.65 |
| | | TOTALS | 795.65 | 0.00 | 795.65 |

Guillermo Colin

BALANCE:        1,408.70      [0.00  13/00000]
SSN: XXX-XX-1469    SSN:
ACCT:                          CASE: 1014025
PRINCIPAL:      795.65    INTEREST:        0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

**0301072**

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$795.65

PAY   Seven Hundred Ninety Five And 65 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301072⑈  ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.